## RIEHM ET AL v. PROVINIS.

[No. 11,777.   Filed July 2, 1924.]

From DeKalb Circuit Court; *William P. Endicott*, Judge.

Action between Jacob F. Riehm and another and James Provinis.   From the judgment rendered, the former appeals.   *Affirmed.*

*T. A. Redmond* and *R. S. Emerick*, for appellants.
*C. S. Smith*, *H. W. Mountz* and *Leonard, Rose & Zollars*, for appellee.

PER CURIAM.—Judgment affirmed.

## CAHILL ET AL. v. GUTTING ET AL.

[No. 11,818.   Filed July 2, 1924.]

From Decatur Circuit Court; *J. Craig*, Judge.

Action between William Cahill and another and Alpha Gutting and others.   From the judgment rendered, the former appeal. *Affirmed.*

*Myron C. Jenkins*, for appellants.
*George L. Tremain* and *Rollin A. Turner*, for appellees.

PER CURIAM.—Judgment affirmed.

## KRAUSE v. WILMOT.

[No. 11,912.   Filed July 2, 1924.]

From Hancock Circuit Court; *Jonas P. Walker*, Judge.

Action between Mrs. Henry Krause and Dessie Wilmot.   From the judgment rendered, the former appeals.   *Affirmed.*

*Doan & Mathews*, for appellant.
*Jackson & Hinchman* and *Owen S. Boling*, for appellee.

PER CURIAM.—Judgment affirmed.